# M A N D A T E

**THE STATE OF TEXAS**

**TO THE 198TH JUDICIAL DISTRICT COURT OF BANDERA COUNTY, GREETINGS:**

Before our Court of Appeals for the Fourth District of Texas on September 16, 2015, the cause upon appeal to revise or reverse your judgment between

Peter Henry Naumburg, Appellant

V.

Neida Courtney Naumburg, Appellee

No. 04-15-00346-CV and Tr. Ct. No. CV-15-000043

was determined, and therein our said Court of Appeals made its order in these words:

**In accordance with this court's opinion of this date, this appeal is DISMISSED. Costs of appeal are assessed against appellant.**

WHEREFORE, WE COMMAND YOU to observe the order of our said Court of Appeals for the Fourth District of Texas, in this behalf and in all things have the order duly recognized, obeyed, and executed.

WITNESS the Hon. Sandee Bryan Marion, Chief Justice of the Court of Appeals for the Fourth District of Texas, with the seal of the Court affixed and the City of San Antonio on November 24, 2015.

KEITH E. HOTTLE, CLERK

Cynthia A. Martinez
Deputy Clerk, Ext. 53853

# BILL OF COSTS

# TEXAS COURT OF APPEALS, FOURTH DISTRICT, AT SAN ANTONIO

No. 04-15-00346-CV

**Peter Henry Naumburg**

**v.**

**Neida Courtney Naumburg**

(NO. CV-15-000043 IN 198TH JUDICIAL DISTRICT COURT OF BANDERA COUNTY)

| TYPE OF FEE | CHARGES | PAID | BY |
|---|---|---|---|
| MOTION FEE | $10.00 | E-PAID | JEFF  SMALL |
| CLERK'S RECORD | $220.00 | PAID | JEFF SMALL |
| SUPREME COURT CHAPTER 51 FEE | $50.00 | E-PAID | JEFF  SMALL |
| INDIGENT | $25.00 | E-PAID | JEFF  SMALL |
| STATEWIDE EFILING FEE | $20.00 | E-PAID | JEFF  SMALL |
| FILING | $100.00 | E-PAID | JEFF  SMALL |

**Balance of costs owing to the Fourth Court of Appeals, San Antonio, Texas:  0.00**

*Court costs in this cause shall be paid as per the Judgment issued by this Court.*

I, **KEITH E. HOTTLE,** CLERK OF THE FOURTH COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE FOURTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.

**IN TESTIMONY WHEREOF,** witness my hand and the Seal of the **COURT OF APPEALS** for the Fourth District of Texas, this November 24, 2015.

**KEITH E. HOTTLE, CLERK**

Cynthia A. Martinez
Deputy Clerk, Ext. 53853